

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

RECEIVED
DEC -3
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

*MEMO ENDORSED*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 2, 2010

BY FAX
212 805-7917

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/10

Re: United States v. Aron Chervin
10 Cr. 918 (RPP)

Dear Judge Patterson:

At the November 15, 2010, conference in this matter, the Court asked the Government to provide a discovery update in two weeks time. The Government writes to request an adjournment of that letter until Friday, December 10, 2010. The reason for the request is that I believe the Government will be able to provide a more meaningful account of the discovery status at that date.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *[signature]*
William J. Harrington
Assistant U.S. Attorney
(212) 637-2331

cc by ECF: All defense counsel

*Application granted*
*So ordered*
*[signature]*
*USDJ*
*12/3/10*

TOTAL P.02