**FREDERICK H. COHN**

ATTORNEY AT LAW
61 BROADWAY
SUITE 1601
NEW YORK, NY 10006

212-768-1110
FAX 212-267-3024
fcohn@frederickhcohn.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/11

January 26, 2011

Honorable Robert P. Patterson
Daniel Patrick Moynihan USC
500 Pearl Street, Room 2550
New York, NY 10007-1312

Re: United States v Chervin et al
    10 CR 918(RPP)

Dear Judge Patterson:

    Pursuant to your instructions at the Pre Trial conference on January 25,2011, please, by endorsement of this letter, authorize each attorney assigned to this indictment to order and receive any copies of documents or electronic files from the Dupe Coop pursuant to the criminal Justice Act.

    Additionally it occurs to me that a copy of yesterdays transcript will assist in utilizing a Defender Services resource for technical assistance in matters of this kind which could help facilitate utilization of this huge amount of discovery and ultimately save a great deal of money in lawyers/paralegal time as well as possibly ameliorating the services necessary for litigation support from private vendors. I will take the liberty of having the Southern District Court Reporters submit a voucher for an expedited copy..

Respectfully yours,

*[signature]*

Frederick H. Cohn

cc: all defense counsel
    Jerry Tritz

*[handwritten endorsement: application granted. So ordered. Robert P. Patterson 2/1/11]*