**MEMO ENDORSED**

JOEL M. STEIN, ESQ.
ATTORNEY AT LAW
39 BROADWAY
SUITE 2420
NEW YORK, NEW YORK 10006

(212) 344-8008
FAX: (212) 571-0860

RECEIVED
JUL 21 2011
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Judge Robert P. Patterson
United States Courthouse
500 Pearl St.
New York, NY 10007

(BY FAX)

July 21, 2011

Re: USA v. Chervin, et al
10 CR 918 (RPP)

Dear Judge Patterson:

    The defendant Michael Lamond has been released on bail and has been in compliance with the conditions of his release, which include reporting to Pretrial Services bi-weekly and travel restrictions

    Mr. Lamond requests that his reporting requirements be modified to once/month, and that he be permitted to travel with his family to New Jersey from July 28-August 2, 2011.

    AUSA William Harrington informs me that the government has no objection to this request. Jeffrey Steimel informs me that the Pretrial Agency has no objection to this request.

    Thank you for your consideration of this request.

cc: AUSA William Harrington
    (by fax)
    Jeffrey Steimel, PTSA
    (by fax)

Very truly yours,

Joel M. Stein, Esq.
Counsel for Michael Lamond

*Application granted*
*So ordered*
*[signature] Robert Patterson*
*USDJ*
*7/21/11*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/11