USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                - against -

ARON CHERVIN, et al.

                Defendant.
------------------------------------------------------------X

10 Cr. 918 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

    On the understanding that the Government has agreed to provide counsel for Defendants Michael Lamond and Yuri Zelinsky with the evidentiary information they require sufficiently in advance of trial to defend this action, the Court will declare their motion for a bill of particulars moot. Similarly, the Court understands that the Government will provide counsel for Vadim Chervin with the information he requires to conduct inquiries of insurance companies in connection with this action.

    Accordingly, the Court sets trial for April 16, 2012. Discovery to be provided to counsel for Defendants Lamond, Zelinsky, and Vadim Chervin by January 1, 2012 or such earlier date agreed to by Defendants and the Government. *Voir dire* requests and requests to charge must be submitted to the Court by April 2, 2012 and *in limine* motions to be filed by March 23, 2012.

IT IS SO ORDERED.

Dated: New York, New York
October 15, 2011

                                                Robert P. Patterson, Jr.
                                                        U.S.D.J.

Copies of this Order sent to:

*Counsel for the Defendants:*

George A. Farkas
George A. Farkas, Esq
32 Court St.
Brooklyn, NY 11201
(718)-625-2500
Fax: (718)-625-6837

Scott B. Tulman
Law Offices of Scott B. Tulman
369 Lexington Avenue, 15th Floor
New York, NY 10017
(212) 867-3600
Fax: (212) 867-1914

Ephraim Savitt
Ephraim Savitt, Esq.
260 Madison Ave., 22nd Fl.
New York, NY 10016
(212) 679-4470
Fax: (212) 679-1844

Bennett M. Epstein
100 Lafayette Street
Suite 501
New York, NY 10013
(212) 684-1230
Fax: (212) 571-5507

Martin Geduldig
Martin Geduldig, Esq

Martin Geduldig, Esq
400 S. Oyster Bay Road, Suite 304
Hicksville, NY 11801
(718)-343-8989
Fax: (516)-937-1456

Joel Mark Stein
Joel M. Stein, Esq
39 Broadway suite 2420
New York, NY 10006
(212) 344-8008

Akiva Ofshtein
Ofshtein Law Firm, P.C.
1723 East 12th Street, 4th Floor
Brooklyn, NY 11229
718 455 5252
Fax: 718 455 5255

Frederick Harvey Cohn
Law Office of Frederick H. Cohn
111 Broadway, Suite 1805
New York, NY 10006
(212) 768-1110
Fax: (212) 267-3024

Frederick H. Cohen
61 Broadway
Suite 1601
New York, NY 10006
(212) 768-0668

Emma Maya Greenwood
Law Office of Emma M. Greenwood
299 Broadway
New York, ny 10014
(917) 992-8810
Fax: (212) 619-6743

William Joseph Stampur
Hurwitz Stampur & Roth (NY)
299 Broadway, Suite 800
New York, NY 10007
(212) 619-4240
Fax: (212) 619-6743

Gerald J Di Chiara
Gerald J. Di Chiara, Esq.
404 Park Avenue South
New York, NY 10016
(212) 679-1958
Fax: (212) 689-3315

Alexander George Bateman , Jr.
Ruskin, Moscov et al.
East Tower, 190 EAB Plaza
Uniondale, NY 11556
(516)-663-6589
Fax: (516)-663-6789

Eric Mark Sears
Law Office Eric Sears, P.C.
11 Broadway, Suite 1305
New York, NY 10006
(212) 252-8560
Fax: (212) 346-4665

Gerald Lawrence Shargel
Law Offices of Gerald L. Shargel
570 Lexington Avenue
45th. Floor
New York, NY 10022
212 446 2323
Fax: 212 446 2330

Sam A. Schmidt
Sam A. Schmidt Law Office
111 Broadway
Suite 1305
New York, NY 10006
212 346-4666
Fax: 212 346-4665

Allan Paul Haber
Law Office of Allan P. Haber
111 Broadway
Suite 701
New York, NY 10006

(212) 233-4411
Fax: (212) 374-1506

Hernandez M. Rhau
Law Firm of John J. Tomaszewski, Jr.
909 Third Avenue
27th Floor
New York, NY 10022
(212)-553-3227
Fax: (212)-406-7590

Albert Yukhanan Dayan
Albert Y. Dayan, Law Office
80-02 Kew Gardens Road
Kew Gardens, NY 11415
(718) 268-9400
Fax: (718)-268-9404

Calvin David Garber
Garber & Garber
225 Broadway
Suite 905
New York, NY 10007
(212) 267-6130
Fax: (212) 385-2689

Florian Miedel
Law Office of Florian Miedel
111 Broadway, Suite 1401
New York, NY 10006
(212)-616-3042
Fax: (212)-616-3046

Joseph Tacopina
Joseph Tacopina, P.C.
275 Madison Avenue, 35th Floor
New York, NY 10016
(212) 227-8877
Fax: 2126191028

Elizabeth Edwards Macedonio
Elizabeth E. Macedonio, P.C.
42-40 Bell Blvd.
Suite 302
Bayside, NY 11361
(718) 279 3770

Fax: (718) 281 0850

*Counsel for the Government:*

Jason Peter Hernandez
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
(212)-637-1024
Fax: (212)-637-2527

Rebecca Anne Rohr
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
(212)-637-2531
Fax: (212)-637-2527

William Joseph Harrington
United States Attorney Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
(212)-637-2331
Fax: (212)-637-2937