**MEMO ENDORSED**

# JOEL M. STEIN, ESQ.
ATTORNEY AT LAW
39 BROADWAY
SUITE 2420
NEW YORK, NEW YORK 10006

(212) 344-8008
FAX: (212) 571-0860

RECEIVED
DEC 07 2011
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

December 7, 2011

Judge Robert P. Patterson
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: USA v. Chervin, et al
10 CR 918 (RPP)

BY FAX

Dear Judge Patterson:

Defendant Michael Lamond requests permisssion to travel to New Jersey and Delaware to visit family members from December 24, 2011 to January 1, 2012.

Pretrial Services Officer Jeffrey Steimel informs me that his office has no objection, and AUSA William Harrington informs me that the government has no objection.

Thank you for your consideration of this request.

cc: PTSA Jeffrey Steimel
    (by fax)
    AUSA William Harrington
    (by fax)

Very truly yours,

Joel M. Stein, Esq.
Counsel

*Application granted.
So ordered.
Robert P. Patterson
USDJ
12/7/11*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/11