**MEMO ENDORSED**

# JOEL M. STEIN, ESQ.
ATTORNEY AT LAW
39 BROADWAY
SUITE 2420
NEW YORK, NEW YORK 10006

(212) 344-8008
FAX: (212) 571-0860


RECEIVED
JAN 25 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Judge Robert P. Patterson
United States Courthouse
500 Pearl Street
New York, NY 10007

January 25, 2012

10 CR 918 (RPP)

## BY FAX

Dear Judge Patterson:

Trial of this matter is scheduled for April 16, 2012. Although in its scheduling order the Court set a date of April 2, 2012 for the submission of voir dire requests, the defendant Michael Lamond is requesting that the Court consider the use of a jury questionnaire.

In this complex fraud case, there are a number of issues which require thorough examination of prospective jurors, including issues relating to their experiences with lawyers, insurance companies, personal injury automobile accidents, and "anti-fraud" advertising by insurance companies. Mr. Lamond submits that his examination may be more effectively conducted with a jury questionnaire as a foundation for questioning by the Court.

If the Court will consider this request, the defendant will submit to the Court a proposed questionnaire, or the Court can decide that oral argument is preferred before it considers a proposed questionnaire.

AUSA William Harrington informs me that the government is opposed to this request.

Thank you for your consideration of this request.

*See attached typewritten Memo Endorsement*

cc:   AUSA William Harrington
      Jason Hernandez/
      Sarah Lai
      (by fax)

Very truly yours,

Joel M. Stein

Joel M. Stein, Esq.
Counsel for Michael Lamond

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/12

Case:      U.S. v. Chervin (Michael Lamond)
Index No.: 10 Cr. 918 (RPP)

**MEMO ENDORSEMENT READS AS FOLLOWS:**

Application granted in part.

The Court will accept defendant Lamond's questionnaire for consideration of defendant's motion and the government's opposition thereto.

So Ordered.

*Robert P. Patterson, Jr., U.S.D.J., 1/26/12*