



JOEL M. STEIN, ESQ.
ATTORNEY AT LAW
39 BROADWAY
SUITE 2420
NEW YORK, NEW YORK 10006

(212) 344-8008
FAX: (212) 571-0860

Re: <u>USA v. Chervin, et al.</u>
    10 CR 918 (RPP)

Judge Robert P. Patterson
United States Courthouse
500 Pearl St.
New York, NY 10007

BY FAX

Dear Judge Patterson:

The defendant Michael Lamond requests permission to travel to
Delaware to visit family members on February 17, 18 and 19, 2012.

Pretrial Services Officer Jeffrey Steimel informs me that he has
no objection, and AUSA Sarah Lai informs me that the government has no
to this request.

Thank you for your consideration of this request.

cc: AUSA Sarah Lai
    (by fax)
    PTSA Jeffrey Steimel
    (by fax)

Very truly yours,

Joel M. Stein, Esq.
Counsel for Michael Lamond

Application Granted
So ordered
Robert P Patterson
2/14/12

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/12