

USA v. Chervin, 10 CR 918 (RPP)
JMSteinEsq
to:
robert_monteagudo
05/25/2012 10:32 AM
Hide Details
From: JMSteinEsq@aol.com

To: robert_monteagudo@nysd.uscourts.gov

```
SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/12
```



Michael Lamond is requesting permission to travel to NJ on 5/26-5/28/12 to visit family. AUSA Jason Hernandez and PTSA Jeffrey Steimel have no objection

Joel Stein

*Application granted.
So ordered.
Robert P. Patterson
USDJ
5/25/12*