```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :

    -v-                             :     NOLLE PROSEQUI

MICHAEL LAMOND,                :     10 Cr. 918 (RPP)

                Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       1.     The filing of this nolle prosequi will dispose of this case with respect to the defendant MICHAEL LAMOND.

       2.     On October 6, 2010, Indictment 10 Cr. 918 (RPP) was filed, charging defendant MICHAEL LAMOND and 17 other defendants with conspiracy to commit mail fraud and health care fraud, in violation of 18 U.S.C. § 1349, and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h).  Four defendants, not including LAMOND, were also charged with conspiring to buy and sell confidential patient information, in violation of 18 U.S.C. § 371.

       2.     On June 12, 2012, the United States and MICHAEL LAMOND entered into a Deferred Prosecution Agreement ("DPA").  Under the terms of the DPA, the United States agreed to dismiss any charges against MICHAEL LAMOND contained in Indictment 10 Cr. 918 (RPP) upon LAMOND's satisfactory compliance with the terms of the DPA for six months.  As of December 12, 2012, LAMOND has complied with the terms of the DPA for the required six month period according to the United States Attorney's Office and U.S. Pretrial Services for the Southern District of New York.

3. In light of the foregoing, I recommend that an order of <u>nolle</u> <u>prosequi</u> be filed as to defendant MICHAEL LAMOND with respect to Indictment 10 Cr. 918 (RPP).

*[signature]*
Jason P. Hernandez
Assistant United States Attorney
Telephone Number: (212) 637-1024

Dated: New York, New York
December 12, 2012

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of <u>nolle</u> <u>prosequi</u> be filed as to defendant MICHAEL LAMOND with respect to Indictment 10 Cr. 918 (RPP).

*[signature]*
PREET BHARARA
United States Attorney
Southern District of New York

Dated: New York, New York
    December 21, 2012

SO ORDERED: *[signature]*
HON. ROBERT P. PATTERSON
United States District Judge
Southern District of New York

Dated: New York, New York
    December _____, 2012
    January 2, 2013

2