

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 25, 2016

**By ECF**
The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

> Re:    United States v. Aron Chervin, et al.
>        10 Cr. 918 (LAP)

Dear Judge Preska:

      The Government respectfully requests that the Court enter the attached proposed Stipulation and Order in this matter.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By:    _____/s/_____
       Michael D. Lockard
       Assistant United States Attorney
       Tel. No.: (212) 637-2193

Enc.